IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:11-cr-136-JEC-AJB |
| JOSHUA MCCULLOUGH, et al., | |
| Defendants. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendations [310, 333, 489, 493, 495, 509, 618] recommending denying defendants Joshua McCullough and James McKenzie's Motions to Dismiss the Indictment [270, 306], denying McKenzie's Motions to Suppress Evidence [112, 294, 307, 308, 315, 316], denying the Whortons' Motions to Suppress Evidence [125, 163], denying the Autrys' Motions to Suppress Evidence [143, 200, 226, 227, 230, 247, 249], denying McCullough's Motions to Suppress Evidence [153, 154, 155], denying defendant Holly Autry's Motion to Suppress Statements [199], denying defendant Sandra Whorton's Motion to Suppress Evidence Seized During the Searches of 1396 Commerce Drive, Suites A and B [183], denying defendant Holly Autry's Motions to Suppress Statements [142, 199], denying defendant Joshua McCullough's Motion to Suppress Evidence [156], and denying Bunch's Motions to Suppress the search of 436 Hood Road, as adopted by Ira Butler [146, 196], Bunch's Motion to

Suppress the search of 1850 Flat Rock Road [147], Bunch's Motion to Suppress Statements [148], Bunch's Supplemental Motion to Suppress Evidence and Statements [205], Butler's Motion to Suppress Evidence [130], Butler's Motion to Suppress Evidence from the December 8, 2010 search of 436 Hood Road [213], denying James McKenzie's Motion to Suppress Identification Testimony [288], granting Holly Autry's Motions to Supplement the Record, [361, 382], and denying the Motion to Reconsider the magistrate judge's previous R&R [361, 382].

On August 19, 2011, defendant McCullough filed Objections [318], and on August 22, 2011 defendant McKenzie filed Objections [325] to the Report and Recommendation [310].  On September 12, 2011, Sandra Whorton filed Objections [347] to the Report and Recommendation [333]. On September 14, 2011, Jimmy Ray Whorton filed Objections [348] to the Report and Recommendation [333]. On September 29, 2011, Joshua McCullough filed Objections [358] to the Report and Recommendation [333].  On September 30, 2011, Karry Autry filed Objections [359] to the Report and Recommendation [333].  On September 30, 2011, Holly Autry filed Objections [360] to the Report and Recommendation [333].  On September 30, 2011, James McKenzie filed Objections [362] to the  Report and Recommendation [333].  On September 30, 2011, Paul Bunch filed Objections [363, 364] to the Report and Recommendation [333].  On September 28, 2012, Sandra Whorton filed Objections [491] to the report and recommendation [489]. On October 23, 2012, Joshua McCullough filed Objections [498]

2

to the Report and Recommendation [493]. On February 19, 2013, defendant Bunch filed Objections [532] to the Report and Recommendation [509]. On October 16, 2013, defendant Butler filed Objections [602] to the Report and Recommendation [509]. On February 11, 2014, defendants James McKenzie and Holly Autry filed Objections to the Report and Recommendation [618].[1] Finally, on April 2, 2014, defendant Bunch filed a motion to adopt a co-defendant's objections [666], which this Court now **GRANTS**.

The Court has reviewed the Report and Recommendations [310, 333, 489, 495, 509] and finds the magistrate judge's conclusions to be well-founded. As to one matter--the request by certain defendants for a *Franks* hearing as to the search warrant for 166 Alexander Drive--in order to ensure that the record is complete, the Court will request that the magistrate judge conduct a hearing on that matter. Otherwise, all other objections are overruled and the R&Rs are adopted, as written.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendations [310] **DENYING** the motions of defendants McCullough and McKenzie to Dismiss the Indictment [270, 306].[2] The Court **ADOPTS** his Report and Recommendation [333] as to its

---

[1] Defendant James McKenzie also filed a Supplement to Objections to the Report and Recommendation [618] and Motion to Adopt [654], which this Court grants.

[2] Motions filed by defendant Sandra Whorton [124,125, and 183] and defendant Jimmy Ray McWhorter's motions [163], on which the magistrate judge made recommendations in R&Rs found at Document

3

recommendation of the denial of the motions for suppression presented therein, and the grounds for denial of those motions, except that the Court directs that a *Franks* hearing be held as to all defendants who requested such a hearing as to the warrant affidavit relating to 166 Alexander Drive.  (*See* R&R [333] at 59-60).  The Court **ADOPTS** the magistrate judge's Report and Recommendation [493] recommending the denial of defendant Joshua McCullough's motion to suppress evidence as to the search of 2220 Jodeco Road [155].  The Court **ADOPTS** the magistrate judge's Report and Recommendation [495] recommending the denial of defendant Holly Autry's motion to suppress statements [142, 199].  The Court **ADOPTS** the magistrate judge's Report and Recommendation recommending denial of motions to suppress filed by defendants Bunch and Butler [146, 196, 147, 148, 205, 130, 213].  The Court **ADOPTS** the magistrate judge's Report and Recommendation [618] recommending the denial of defendant McKenzie's motion to suppress identification testimony [288], the granting of defendant Holly Autry's motion to supplement the record [361,382], the denial of the motions to reconsider the prior R&R [361, 382], except as to that part of the R&R rejecting defendants' request for *Franks* hearing as to the warrant affidavit relating to 166 Alexander Drive.

In short, the Court concurs as to all recommended rulings by the magistrate judge in his thorough and well-reasoned R&Rs, except that,

---

333,489, are no longer pending, as the indictment against Mrs. McWhorter was later dismissed and Mr. McWhorter has pled guilty and been sentenced.

4

to complete the record, the Court directs that a *Franks* hearing be held as to all defendants who requested such a hearing as to the warrant affidavit relating to 166 Alexander Drive.

It is further Ordered that defendant Karry Autry's Motion to Adopt the Co-Defendant, Holly Autry's, Objections to the Report and Recommendation [662] and defendant Paul Bunch's Motion to Adopt Co-Defendant's Objections to the Magistrate Judge's Non-Final Report and Recommendation [666] are **GRANTED**.

To render easier the Clerk's ability to properly record what motions are left to be determined after a *Franks* hearing, any defendant having requested such a hearing as to the warrant affidavit relating to 166 Alexander Drive should perfect that request by refiling this part of their previous motions as a separate document setting out this request. Defendants shall do by **SEPTEMBER 5, 2014.** In all other regards, however, the magistrate judge's denial of motions to suppress or rulings on other motions is **ADOPTED.**

SO ORDERED this 13th day of AUGUST, 2014

/s/ Julie E. Carnes
JULIE E. CARNES
Circuit Judge, sitting by designation
as District Judge

5